# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA PERRINE, an individual, | **CASE NO.: 3:19-cv-00248-LRH-CBC** |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S SECOND, THIRD AND FOURTH CAUSES OF ACTION WITHOUT PREJUDICE** |
| vs. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; and DOES 1-20, DOE COMPANIES 21-40 inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN,** Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY (hereinafter "Liberty" or "Defendant"), by and through its counsel of record, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, ANDREA PERRINE (hereinafter "Plaintiff"), by and through her counsel of record, the law firm WHITEHEAD & WHITEHEAD, that Plaintiff hereby dismisses her Second (Breach of the Implied Covenant of Good Faith and Fair Dealing), Third (Violation of the Unfair Claims Act) and Fourth (Negligent/Intentional Infliction of Emotional Distress) Causes of Action, paragraphs 26 through 40, inclusive, of the operative Complaint,

///

///

///

///

and any claims brought against Defendant, Liberty Mutual Fire Insurance Company, by the same, without prejudice, with both parties to bear their own fees and costs.

DATED this 6th day of December, 2019.

KOELLER NEBEKER CARLSON
& HALUCK, LLP

By: /s/Andrew C. Green
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
MICHAEL D. DISSINGER, ESQ.
Nevada Bar No. 15208
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Attorneys for Defendant,
LIBERTY MUTUAL FIRE
INSURANCE COMPANY

DATED this 6th day of December, 2019.

WHITEHEAD & WHITEHEAD

By: /s/Jonathan J. Whitehead
JONATHAN J. WHITEHEAD, ESQ.
Nevada Bar No. 4415
10389 Double R Blvd.
Reno, NV 89521
Attorneys for Plaintiff,
ANDREA PERRINE

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's Second, Third and Fourth Causes of Action are dismissed without prejudice pursuant to the terms of the parties' foregoing stipulation for dismissal without prejudice.

DATED this 9th day of December, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE