UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA PERRINE, an individual, | CASE NO.: 3:19-cv-00248-LRH-CLB |
| Plaintiff, | STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE |
| vs. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; and DOES 1-20, DOE COMPANIES 21-40 inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN,** Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY (hereinafter "Liberty" or "Defendant"), by and through its counsel of record, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, ANDREA PERRINE (hereinafter "Plaintiff"), by and through her counsel of record, the law firm WHITEHEAD & WHITEHEAD, that Plaintiff hereby

///
///
///
///
///
///
///

dismisses her Complaint and claims against Defendant, Liberty Mutual Fire Insurance Company, with prejudice, each party to bear their own fees and costs.

DATED this 2nd day of March, 2020.     DATED this 2nd day of March, 2020.

KOELLER NEBEKER CARLSON           WHITEHEAD & WHITEHEAD
& HALUCK, LLP

By: /s/ _____           By: /s/ _____
ANDREW C. GREEN, ESQ.                    JONATHAN J. WHITEHEAD, ESQ.
Nevada Bar No. 9399                            Nevada Bar No. 4415
MICHAEL D. DISSINGER, ESQ.              10389 Double R Blvd.
Nevada Bar No. 15208                          Reno, NV 89521
400 S. 4th Street, Suite 600                    Attorneys for Plaintiff,
Las Vegas, NV 89101                           ANDREA PERRINE
Attorneys for Defendant,
LIBERTY MUTUAL FIRE
INSURANCE COMPANY

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Complaint for this matter is hereby dismissed with prejudice, each party to bear their own fees and costs.

DATED this 3rd day of March, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

KOELLER NEBEKER CARLSON
& HALUCK, LLP

By: /s/ _____
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
MICHAEL D. DISSINGER, ESQ.
Nevada Bar No. 15208
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Attorneys for Defendant,
LIBERTY MUTUAL FIRE
INSURANCE COMPANY